149 F.3d 1165
 Nationwide Insurance Company
v.
Robert Shoemaker, Estate of Brynn Shoemaker, Joann H.
Sizemore, Estate of Joseph Sizemore, Thomas H. Laing, School
House Inn, Thomas Laing; Nationwide Insurance Company v.
Robert Shoemaker, Estate of Brynn Shoemaker, Joann H.
Sizemore, Estate of Joseph Sizemore, Thomas H. Laing, School House Inn
 NOS. 97-1548, 97-1549
 United States Court of Appeals,
Third Circuit.
 March 13, 1998
 
 1
 Appeal From: E.D.Pa. ,No.96cv05357 ,
 
 965 F.Supp. 700
 
 2
 Affirmed.